**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DEANNA B. BARRINGTON and JOHN E. BARRINGTON,**

        **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:10-cv-1315-Orl-22DAB**

**JAN WARREN WILLIAMS, RICARDO PREITO, DAVID J. BURKEY, EDWARD W. HUBBARD and ABNEY C. BOLCHOZ, JR.,**

        **Defendants.**

_____

**ORDER**

This cause is before the Court on the Application to Proceed Without Prepayment of Fees (Doc. No. 2) filed on September 1, 2010.

The United States Magistrate Judge has submitted a report recommending that the application be denied and the Complaint be dismissed for failure to state a claim on which relief can be granted in this Court, which lacks subject matter jurisdiction.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.　　The Report and Recommendation filed September 10, 2010 (Doc. No. 4) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Application to Proceed Without Prepayment of Fees (Doc. No. 2) is DENIED.

    3.    This case is DISMISSED for lack of subject matter jurisdiction.

    4.    The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on September 29, 2010.

Copies furnished to:

Unrepresented Party

ANNE C. CONWAY
United States District Judge